## DATA NETWORK STORAGE CORPORATION, Plaintiff–Appellant,

v.

## DELL INC., Defendant,

and

## Network Appliance, Inc., Defendant–Appellee.

No. 2011–1141.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

Robin L. Phillips, Procopio, Cory, Hargreaves & Savitch LLP, of San Diego, CA, argued for plaintiff-appellant. With him on the brief were Anthony J. Dain and Victor M. Felix.

Edward R. Reines, Weil, Gotshal & Manges LLP, of Redwood Shores, CA, argued for defendant-appellee.

Before PROST, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.